No. 831. MAYTAG Co. *v.* MEADOWS MANUFACTURING Co. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wallace R. Lane, Edward S. Rogers,* and *William J. Hughes* for petitioner. *Mr. Hal M. Stone* for respondent.

No. 847. ATCHISON, TOPEKA & SANTA FE RY. Co. ET AL. *v.* CONSOLIDATED CUT STONE Co. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Joseph M. Bryson, Maurice D. Green, C. C. Hine,* and *Charles S. Burg* for petitioners. *Mr. Karl Knox Gartner* for respondent.

No. 739. DUNBAR & SULLIVAN DREDGING Co. *v.* UNITED STATES. April 27, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Dana B. Hellings* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, Whitney North Seymour, P. M. Cox,* and *William H. Riley, Jr.,* for the United States.

No. 762. DIAL *v.* UNITED STATES. April 27, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frank Dial, pro se. Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, J. F. Mothershead,* and *William H. Riley, Jr.,* for the United States.

No. 794. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., *v.* DURKEE. April 27, 1931. Petition for writ of certiorari